UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, a
New Jersey Non-Profit Corporation and
RONALD MOORE, Individually,

        Plaintiffs,

vs.

        Case No. 3:17-cv-0663-PGS-TJB

ROUTE 18 SHOPPING CENTER
ASSOCIATES, LIMITED PARTNERSHIP,
a New York Limited Partnership,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| **/s/Keith Harris** | **/s/Bruce H. Snyder** |
| Keith Harris, Esq. (KH4604) | Bruce H. Snyder, Esq. |
| Braff, Harris, Sukoneck & Maloof | Sheppard Guryan, Esq. |
| 570 W. Mount Pleasant Ave., #200 | Lasser Hochman, LLC |
| Livingston, NJ  07039 | 75 Eisenhower Parkway |
| Telephone: (973) 994-6677 | Roseland, NJ  07068 |
| Facsimile:  (973) 994-1296 | Telephone: (973) 226-2700 |
| kharris@bhsm-law.com | Facsimile:  (973) 226-0844 |
| and | bsnyder@lasserhochman.com |
| John P. Fuller, *pro hac vice pending* | sguryan@lasserhochman.com |
| Fuller, Fuller & Associates, P.A. | *Attorneys for Defendant* |
| 12000 Biscayne Boulevard, Suite 502 | |
| North Miami, FL  33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiff* | |

Date: **August 28, 2017**                  Date: **August 28, 2017**